IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

GREAT WEST CASUALTY COMPANY     PLAINTIFF
*as subrogee of Cliffside Transportation
Service LLC other*

v.     CASE NO. 2:23-CV-00219-BSM

CUMMINS EMISSIONS SOLUTIONS INC, *et al.*     DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE